| | |
|---|---|
| CLAUDIA M. VETESI (CA SBN 233485)<br>CVetesi@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>BRITTANY L. SCHEINOK (CA SBN 306522)<br>BScheinok@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>Martin S. Hyman (admitted *pro hac vice*)<br>MHyman@golenbock.com<br>JoAnna C. Tsoumpas (admitted *pro hac vice*)<br>JTsoumpas@golenbock.com<br>711 Third Avenue<br>New York, New York 10017<br>Telephone: 212.907.7360<br>Facsimile: 212.754.0330<br><br>*Attorneys for Defendant*<br>*Frank Brunckhorst Co., LLC* | MICHAEL R. REESE (Bar No. 206773)<br>mreese@reesellp.com<br>REESE LLP<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br><br>GEORGE V. GRANADE (Bar No. 316050)<br>ggranade@reesellp.com<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br>Facsimile: (212) 253-4272<br><br>MELISSA S. WEINER (admitted *pro hac vice*)<br>mweiner@pswlaw.com<br>JOSEPH C. BOURNE (Bar No. 308196)<br>jbourne@pswlaw.com<br>PEARSON, SIMON & WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 389-0600<br>Facsimile: (612) 389-0610<br><br>*Attorneys for Plaintiff Theresa Forsher* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THERESA FORSHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BRUNCKHORST CO., LLC,<br><br>Defendant. | Case No.: 4:17-cv-04974-CW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AS TO PLAINTIFF THERESA FORSHER WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Judge: Honorable Claudia Wilken |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Theresa Forsher ("Plaintiff") and Defendant Frank Brunckhorst Co., LLC ("Defendant"), through their respective counsel of record, hereby stipulate to this dismissal, with prejudice, of all claims for relief asserted by Plaintiff against Defendant in the above-captioned action. This stipulation of dismissal shall not affect the claims of any putative class member in this action as no class certification motion has been filed and no class has been certified. Accordingly, this Voluntary Dismissal dismisses the class action allegations without prejudice. Each party shall bear its own costs and fees.

IT IS SO STIPULATED.

Dated: August 27, 2020              **MORRISON & FOERSTER LLP**

By: _/s/ Claudia M. Vetesi_
    CLAUDIA M. VETESI

CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BRITTANY L. SCHEINOK (CA SBN 306522)
BScheinok@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
Martin S. Hyman (admitted *pro hac vice*)
MHyman@golenbock.com
JoAnna C. Tsoumpas (admitted *pro hac vice*)
JTsoumpas@golenbock.com
711 Third Avenue
New York, New York 10017
Telephone: 212.907.7360
Facsimile: 212.754.0330

Attorneys for Defendant
FRANK BRUNCKHORST CO., LLC

| | | |
|---|---|---|
| 1 | Dated: August 27, 2020 | **PEARSON, SIMON & WARSHAW, LLP** |

By:   */s/ Melissa S. Weiner*
      MELISSA S. WEINER

MICHAEL R. REESE (Bar No. 206773)
mreese@reesellp.com
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

GEORGE V. GRANADE (Bar No. 316050)
ggranade@reesellp.com
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

MELISSA S. WEINER (admitted *pro hac vice*)
mweiner@pswlaw.com
JOSEPH C. BOURNE (Bar No. 308196)
jbourne@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Attorneys for Plaintiff
THERESA FORSHER

**ECF ATTESTATION**

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Melissa S. Weiner, counsel for Plaintiff, has concurred in this filing.

Dated:  August 27, 2020     MORRISON & FOERSTER LLP

By:   /s/ Claudia M. Vetesi
         Claudia M. Vetesi

Attorneys for Defendant
FRANK BRUNCKHORST CO., LLC